# Third District Court of Appeal

## State of Florida

Opinion filed May 12, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-832
Lower Tribunal No. 19-2124

————————

**Heritage Property & Casualty Insurance Company**,
Appellant,

vs.

**Versailles Plaza Condominium Association, Inc.**,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Abby Cynamon, Judge.

Rubinton & Associates, P.A., Jeffrey A. Rubinton and Tiffany Rothenberg (Hollywood); and Link & Rockenbach, P.A., Kara Rockenbach Link and David A. Noel (West Palm Beach), for appellant.

Alvarez, Feltman, Da Silva, & Costa, PL and Paul B. Feltman, for appellee.

Before FERNANDEZ, HENDON, and BOKOR, JJ.

PER CURIAM.

Affirmed.